No. 646. AEROVOX CORPORATION *v.* MICAMOLD RADIO CORP. January 17, 1938. Petition for writ of certiorari

to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Oscar W. Jeffery* and *Morris Hirsch* for petitioner. *Mr. Kenneth S. Neal* for respondent.